**United States District Court**
**Middle District of Tennessee**

Office of the Clerk
800 United States Courthouse
Nashville, Tennessee 37203
(615) 736-7396

E-Mail: Joyce_A_Brooks@tnmd.uscourts.gov
Web Site: www.tnmd.uscourts.gov

July 15, 2016

Clerk
U.S. District Court
Lloyd D. George U.S. Courthouse
333 Las Vegas Blvd South, 1st Floor
Las Vegas, NV 89101-7065

Re: TRANSFER OF JURISDICTION
    USA v. Adrian Franks
    Middle District of Tennessee Criminal Case No. 3:10-00100-5

Dear Clerk:

    Enclosed please find one original and one certified copy of Probation Form 22, Transfer of Jurisdiction, for the above-named defendant, which has been signed by Senior Judge William J. Haynes, Jr.

    Upon your Court's acceptance of jurisdiction, please return one original signed form to this office and retain one for your records. When the acceptance of jurisdiction is received, certified copies of pertinent documents will be forwarded to your Court.

Sincerely,

*/s/ Joyce A. Brooks*

Joyce A. Brooks
Criminal Docketing Clerk

cc: U.S. Probation Office

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 0650 3:10CR00100 - 5 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | 2:16-cr-220-LRH-NJK |

FILED ENTERED RECEIVED SERVED
COUNSEL/PARTIES OF RECORD
JUL 18 2016
CLERK US DISTRICT ...
BY: _____ DEPUTY

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Adrian Franks<br>2320 Dexter Cabin Road<br>Las Vegas, NV 89128 | Middle District of Tennessee | Nashville |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable William J. Haynes Jr. | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 7/1/16 — TO 6/30/20 |

**OFFENSE**

Conspiracy to manufacture, distribute, and possess with the intent to distribute one hundred or more marijuana plants.

ATTEST AND CERTIFY
A TRUE COPY
Clerk
U.S. District Court
Middle District of Tennessee
By _____ Deputy Clerk

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the ____District of Nevada____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

7-14-16
*Date*

*/s/ William J. Haynes Jr.*
*Senior U.S. District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

United States District Court for the DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
*Effective Date*

_____
Assigned Officer Initials

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 0650 3:10CR00100 - 5 |
| | | DOCKET NUMBER (Rec. Court) |
| | | 2:16-cr-220-LRH-NJK |

FILED ___ RECEIVED ___
ENTERED ___ SERVED ON ___
COUNSEL/PARTIES OF RECORD

JUL 1 8 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ___ DEPUTY

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Adrian Franks<br>2320 Dexter Cabin Road<br>Las Vegas, NV 89128 | Middle District of Tennessee | Nashville |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable William J. Haynes Jr. | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 7/1/16 — TO 6/30/20 |

**OFFENSE**

Conspiracy to manufacture, distribute, and possess with the intent to distribute one hundred or more marijuana plants.

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the _____District of Nevada_____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_7-14-16_
Date

_[signature]_
Senior U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

United States District Court for the DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
*Effective Date*

_____
Assigned Officer Initials