UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00220-LRH-(NJK) |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| ADRIAN FRANKS, | |
| Defendant. | |

Before the court is defendant Adrian Franks' Motion for Early Termination of Supervised Release (ECF Nos. 7 and 10).  On July 12, 2018, the government filed its Non-Opposition (ECF No. 9).  And on July 18, 2018, the court issued a Minute Order (ECF No. 11) in which it requested a report and recommendation from the U.S. Probation Office.  The Probation Office has provided the court with same, and the court has carefully reviewed the above documents. The court appreciates defendant Franks' positive personal progress while on supervised release; however, the court is concerned with the gravity of defendant Franks underlying conviction and the fact that at this time he has served only one half of his supervised release.  Good cause appearing,

IT IS HEREBY ORDERED that defendant's Motion for Early Termination of Supervised Release (ECF Nos. 7 and 10) is DENIED without prejudice to re-application in June or July of 2019.

IT IS SO ORDERED.

DATED this 27th day of July, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE